UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RHODA DACASTA; ELEANOR DEBERRY;             :
RHONA DEFOE; JOYCE HALL; JAMES
HARRIS; SARA LESKO; FLORA LOTT;             :
GEORGE LUTHER; ROSE MCELROY;
SHEILA WEBB,                                :

                                            :
       Plaintiffs,                          :   Civil Action
v.                                          :   No. 04-11062-GAO
                                            :
INDEVUS PHARMACEUTICALS, INC., F/K/A        :
INTERNEURON PHARMACEUTICALS, INC.;          :
WYETH, INC., F/K/A AMERICAN HOME            :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-           :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS          :
CORPORATION; AND BOEHRINGER                 :
INGELHEIM PHARMACEUTICALS, INC.,
                                            :
       Defendants.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

        Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.


Dated:  August 25, 2004                     Respectfully submitted,
       Boston, Massachusetts

                                                    /s/Matthew J. Matule
                                                    Matthew J. Matule (BBO #632075)
                                                      SKADDEN, ARPS, SLATE,
Of Counsel:                                    MEAGHER & FLOM LLP
Barbara Wrubel                              One Beacon Street
Katherine Armstrong                         Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                       (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                              Counsel for Defendant
                                                      Indevus Pharmaceuticals, Inc.